UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) <br> (DROSPIRENONE) MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mary Guthrie, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12549-DRH |
| *Pamela Atkinson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12034-DRH |
| *Trevika Cooke, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13151-DRH |
| *Chandreika Jordan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10725-DRH |
| *Lia Walker, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11865-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 24, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.25 14:24:40 -05'00'

APPROVED:
           DISTRICT JUDGE
           U. S. DISTRICT COURT